**2**

GREGORY S. POWELL #182199
Assistant United States Trustee
ROBIN TUBESING #26680-49 [Indiana]
TERRI H. DIDION #133491
United States Department of Justice
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030

Attorneys for Tracy Hope Davis,
        United States Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 14-14598-A-7 |
| | Chapter 7 |
| LANETTE ROCHELLE MONTEZ-HAGAN, | D.C. NO.: UST-1 |
| Debtor(s). | |

### UNITED STATES TRUSTEE'S *EX PARTE* MOTION TO REOPEN CASE

TO THE HONORABLE FREDRICK E. CLEMENT,
UNITED STATES BANKRUPTCY JUDGE:

   Tracy Hope Davis, United States Trustee for Region 17, moves to reopen this chapter 7 case pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, on the following grounds:

   1.   On September 18, 2014, Debtor filed a petition under chapter 7 of the Bankruptcy Code in this case.

   ///

   ///

1

2. The Debtor received her discharge in this case on January 27, 2015. A Final Decree ordering that this estate be closed and that the Trustee be discharged was entered on March 6, 2015.

3. On or about March 22, 2015, the trustee discovered that the report he submitted to the court on January 29, 2015 was erroneously docketed as a No Asset Report instead of being docketed correctly as an Asset Report.

4. The United States Trustee is informed and believes that on or about November 26, 2014 the trustee received funds in this case that are property of this estate.

5. The United States Trustee requests the case be reopened pursuant to 11 U.S.C. § 350(b) and Fed.R.Bankr.P. 5010, to allow the funds to be administered by the trustee for the benefit of the creditors.

6. The United States Trustee requests that the court order the appointment of a trustee.

WHEREFORE, PREMISES CONSIDERED, the United States Trustee requests that her motion to reopen this case be granted, and that she have such other and further relief as is just.

Dated: March 24, 2015.

Respectfully submitted,

Gregory S. Powell
Assistant United States Trustee

By: /s/ Gregory S. Powell
       Gregory S. Powell

Attorneys for Tracy Hope Davis,
   United States Trustee

E-flier: Gregory S. Powell
Direct phone: 559-487-5002, ext: 225
E-mail: greg.powell@usdoj.gov